UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILDRED TARTER                                          :

              Plaintiff,                            :        ORDER

    -v.-                                               :
                                      24 Civ. 5582 (GWG)
COMMISSIONER OF SOCIAL SECURITY,       :

              Defendant.                           :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       In light of the earlier filing of the administrative record than was contemplated in the Court's Order of November 26, 2024 (Docket # 17), the Court adjusts the parties briefing schedule as follows: Plaintiff's brief is due January 27, 2025. Defendant's opposition is due March 26, 2025. Plaintiff's reply is due April 9, 2025. The provisions of Docket #13 are otherwise in effect. There will be no extension of these deadlines absent extraordinary circumstances and a showing that includes a complete explanation of all efforts made to comply with the deadline at issue.

       SO ORDERED.

Dated: December 3, 2024
      New York, New York

                                             _____
                                             GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge